# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

_____

|  |  |
|---|---|
| | **NOVEMBER 2015 GRAND JURY**<br>**(Impaneled 11/13/2015)** |
| **THE UNITED STATES OF AMERICA** | **SECOND SUPERSEDING**<br>**INDICTMENT**<br>**15-CR-143-A** |
| *-vs-* | |
| **JOSE RUBEN GIL a/k/a Unc**<br>**a/k/a Ruben Gil Campos**<br>**a/k/a Mayor of Mexico**<br>(Counts 1, 3 and 4), | **Violations:**<br><br>Title 21, United States Code, Sections<br>841(a)(1),841(b)(1), 846, 848(a), 848(b)<br>and 856(a)(1); |
| **HERMAN E. AGUIRRE a/k/a 007**<br>**a/k/a Lucky a/k/a Primo**<br>**a/k/a Freddy**<br>(Counts 2-4), | Title 18, United States Code, Sections 2,<br>922(g)(1), 924(c)(1)(A)(i), 1512(c)(2) and<br>1956(h) |
| **SONIA HERNANDEZ**<br>(Counts 3-5 and 31), | (31 Counts and 4 Forfeiture Allegations) |
| **MARTHA AGUIRRE**<br>(Counts 3 and 4), | |
| **JUAN ALFARO**<br>(Counts 3 and 4), | |
| **MARGARET BANUELOS**<br>**a/k/a Lisa**<br>(Counts 3 and 4), | |
| **TROY R. GILLON**<br>(Count 3), | |
| **DARRYL J. WILLIAMS a/k/a D**<br>(Counts 3, 4 and 16-18), | |
| **TRENT ADAIR HAMILTON**<br>(Counts 3 and 7), | |
| **MICHAEL PAUL MITCHELL**<br>(Counts 3 and 6), | |
| **DEMETRIUS YARBOROUGH**<br>**a/k/a Tu-Tu**<br>(Count 3), | |
| **RASHAWN CRULE a/k/a Black**<br>**a/k/a Shawn**<br>(Counts 3 and 21-30), | |

**MAULANA LUCAS a/k/a Big Daddy**
**a/k/a Shabazz**
      (Counts 3 and 16-18),
**RALIK HAMILTON**
      (Counts 3, 19 and 20),
**JOSEPH THOMPSON a/k/a Jo-Jo**
**a/k/a Skools a/k/a Skoolboy**
      (Counts 3, 8, 10 and 12-15), and
**DION CHEATHAM**
      (Counts 3, 9 and 11)


## INTRODUCTION

### The Grand Jury Charges That:

1.      At all times relevant to this Second Superseding Indictment, there operated in the Western District of New York and elsewhere a drug trafficking organization hereinafter known as the GIL/AGUIRRE Drug Trafficking Organization ("GIL/AGUIRRE DTO"). Utilizing contacts and sources of supply located in the country of Mexico, the State of California, and elsewhere, the GIL/AGUIRRE DTO transported and delivered thousands of kilograms of illegal narcotics, including heroin, fentanyl, and cocaine throughout the United States, including Lockport, Niagara Falls, and Buffalo, New York.


2.      In order to transport kilogram quantities of illegal narcotics throughout the United States, members of the GIL/AGUIRRE DTO established fictitious "front" companies located in California and elsewhere. The front companies created by the GIL/AGUIRRE DTO consisted of TRITON FOODS, INC. ("TRITON FOODS"), KAMORA INVESTMENT ENTERPRISES, INC. ("KAMORA INVESTMENTS") and FRESH CHOICE PRODUCE ("FRESH CHOICE"), all of which were incorporated in the State of California, and maintained places of business in that State, as well as CORRAL

SEAFOODS LLC, registered in the State of New York, with a purported principal place of business located in Cheektowaga, New York.

3.      In order further to conceal the transportation of illegal narcotics throughout the United States, the GIL/AGUIRRE DTO, utilizing their TRITON FOODS front company, placed and disguised kilogram quantities of heroin, fentanyl, and cocaine on pallets described on inventory and other documents as containing "Sea Cucumbers."  The pallets bearing the illegal narcotics were secreted in containers sealed with foam or spray insulation to avoid detection by law enforcement.

4.      Members of the GIL/AGUIRRE DTO utilized numerous bank accounts at a financial institution known to the Grand Jury in the names of members of the GIL/AGUIRRE DTO, the front companies described above, and other persons known to the Grand Jury.  Those bank accounts were used to conceal and disguise the proceeds generated by the combined sales of the thousands of kilograms of heroin, fentanyl, and cocaine distributed by the GIL/AGUIRRE DTO.

5.      Defendants **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico, HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy, SONIA HERNANDEZ, MARTHA AGUIRRE, JUAN ALFARO, MARGARET BANUELOS a/k/a Lisa, TROY R. GILLON, DARRYL J. WILLIAMS a/k/a D, TRENT ADAIR HAMILTON, MICHAEL PAUL MITCHELL, RASHAWN CRULE a/k/a Black a/k/a Shawn, DEMETRIUS YARBOROUGH a/k/a Tu-Tu, MAULANA**

3

**LUCAS a/k/a Big Daddy a/k/a Shabazz, RALIK HAMILTON, JOSEPH THOMPSON a/k/a Jo-Jo a/k/a Skools a/k/a Schoolboy**, and **DION CHEATHAM**, and others known and unknown, were members of the GIL/AGUIRRE DTO.

6.      Defendant **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico** was a leader of the GIL/AGUIRRE DTO.   Among other responsibilities, defendant **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico** obtained and supplied quantities of cocaine, heroin, and fentanyl to members of the GIL/AGUIRRE DTO for sale to its customers.

7.      Defendant **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy** served as a leader of the GIL/AGUIRRE DTO after on or about January 13, 2014.  On that date, a warehouse was raided by federal agents in Montebello, California, after which defendant **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico** was arrested and charged with trafficking multiple kilograms of cocaine.

8.      Defendant **SONIA HERNANDEZ** operated as a secretary and bookkeeper for the GIL/AGUIRRE Trafficking Organization.  In that role, defendant **SONIA HERNANDEZ** maintained records of shipments of illegal narcotics throughout the United States, and payments of United States currency for the illegal narcotics sold by members of the GIL/AGUIRRE DTO.  Defendant **SONIA HERNANDEZ** also on occasion delivered illegal narcotics, and collected proceeds from the sale of illegal narcotics, to and from members of the GIL/AGUIRRE DTO.

9. Defendants **DARRYL WILLIAMS a/k/a D** and **TROY R. GILLON** served as wholesale level distributors of illegal narcotics for the GIL/AGUIRRE DTO in Western New York, principally in Lockport, Niagara Falls, and Buffalo, New York. The illegal narcotics distributed by defendants **DARRYL WILLIAMS a/k/a D** and **TROY R. GILLON** consisted of kilogram quantities of cocaine, heroin, and fentanyl, with such illegal narcotics provided principally to retail level members of the GIL/AGUIRRE DTO.

10. Defendant **DARRYL WILLIAMS a/k/a D** was further responsible for depositing proceeds generated from the sale of illegal narcotics into various bank accounts maintained at financial institution known to the Grand Jury in Western New York. Such deposits include approximately $19 million dollars into bank accounts held by the three California-based front corporations of the GIL/AGUIRRE DTO; namely, TRITON FOODS, KAMORA INVESTMENTS and FRESH CHOICE at such financial institution.

11. Defendants **MICHAEL PAUL MITCHELL, TRENT ADAIR HAMILTON, RASHAWN CRULE a/k/a Black a/k/a Shawn, DEMETRIUS YARBOROUGH a/k/a Tu-Tu, RALIK HAMILTON, JOSEPH THOMPSON a/k/a Jo-Jo a/k/a Skools a/k/a Schoolboy**, and **DION CHEATHAM** operated as retail level drug distributors for the GIL/AGUIRRE DTO, and sold illegal narcotics received from defendants **DARRYL J. WILLIAMS a/k/a D** and **TROY R. GILLON** in Lockport, Niagara Falls, and Buffalo, New York.

12.     Defendant **MAULANA LUCAS a/k/a Big Daddy a/k/a Shabazz** was responsible for delivering quantities of heroin, cocaine, and fentanyl to various locations throughout the northeast United States that had been shipped to New York State by defendant **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico** and later by defendant **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy**.  On occasion, defendant **MAULANA LUCAS a/k/a Big Daddy a/k/a Shabazz** collected quantities of United States currency generated by the sale of the illegal narcotics by other members of the GIL/AGUIRRE DTO.

13.     **MAULANA LUCAS'S a/k/a Big Daddy a/k/a Shabazz** girlfriend, Shirley Grigsby, stored and concealed illegal narcotics on behalf of the GIL/AGUIRRE DTO.  Such activity included on or about March 23, 2015, when Shirley Grigsby stored 24 kilograms of cocaine and 8 kilograms of fentanyl in Buffalo, New York.

14.     Defendants **JUAN ALFARO, MARTHA AGUIRRE**, and **MARGARET BANUELOS a/k/a Lisa**, were responsible for withdrawing and obtaining proceeds of illegal narcotics trafficking activities generated by members of the GIL/AGUIRRE DTO located throughout the United States, **and** providing such funds to defendants **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico** and **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy**.  In furtherance of the illegal activities of the GIL/AGUIRRE DTO, defendant **JUAN ALFARO** occupied the position of president of TRITON FOODS, while defendants **MARTHA AGUIRRE** and

**MARGARET BANUELOS a/k/a Lisa** served as corporate presidents of KAMORA INVESTMENTS and FRESH CHOICE respectively.

## COUNT 1

### (Engaging in a Continuing Criminal Enterprise)

### The Grand Jury Charges That:

1.      The allegations of the Introduction are incorporated herein by reference.


2.      From in or about June 2013, and continuing to at least in or about September 2015, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico**, did knowingly, willfully, intentionally and unlawfully engage in a Continuing Criminal Enterprise in that he did violate Title 21, United States Code, Sections 841(a)(1), 846, and 856(a)(1), which violations were part of a continuing series of violations of said statutes undertaken by the defendant, **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico**, in concert with five or more other persons, known and unknown, with respect to whom the defendant, **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico**, occupied a position of organizer, supervisor and manager, and from which continuing series of violations the defendant, **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico**, obtained substantial income and resources.

3.      The defendant, **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico**, was the principal administrator, organizer and leader of the

Continuing Criminal Enterprise and was one of several such principal administrators, organizers, and leaders, and the violations of Title 21, United States Code, Sections 841(a)(1), 856(a)(1), and 846 that the defendant, **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico**, committed as part of a continuing series of violations involved at least 150 kilogram of cocaine, a Schedule II controlled substance, and at least 30 kilograms of heroin, a Schedule I controlled substance, that is, amounts at least 300 times the quantity of cocaine and heroin described in Title 21, United States Code, Section 841(b)(1)(B).

**All in violation of Title 21, United States Code, Sections 848(a) and 848(b).**

## COUNT 2

**(Engaging in a Continuing Criminal Enterprise)**

**The Grand Jury Further Charges That:**

1.      The allegations of the Introduction are incorporated herein by reference.

2.      From in or about June 2013, and continuing to at least in or about September 2015, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendant, **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy**, did knowingly, willfully, intentionally and unlawfully engage in a Continuing Criminal Enterprise in that he did violate Title 21, United States Code, Sections 841(a)(1), 846, and 856(a)(1), which violations were part of a continuing series of violations of said statutes undertaken by the defendant, **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy**, in concert with five or more other persons, known and unknown, with respect to whom the defendant, **HERMAN E. AGUIRRE a/k/a 007 a/k/a**

**Lucky a/k/a Primo a/k/a Freddy**, occupied a position of organizer, supervisor and manager, and from which continuing series of violations the defendant, **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy**, obtained substantial income and resources.

3.     The defendant, **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy**, was the principal administrator, organizer and leader of the Continuing Criminal Enterprise and was one of several such principal administrators, organizers, and leaders, and the violations of Title 21, United States Code, Sections 841(a)(1), 856(a)(1), and 846 that the defendant, **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy,** committed as part of a continuing series of violations involved at least 150 kilogram of cocaine, a Schedule II controlled substance, and at least 30 kilograms of heroin, a Schedule I controlled substance, that is, amounts at least 300 times the quantity of cocaine and heroin described in Title 21, United States Code, Section 841(b)(1)(B).

**All in violation of Title 21, United States Code, Sections 848(a) and 848(b).**

## COUNT 3

**(Conspiracy to Possess with Intent to Distribute
Heroin, Fentanyl, and Cocaine)**

**The Grand Jury Further Charges That:**

1.     The allegations of the Introduction are incorporated herein by reference.

2.     From in or about June 2013, and continuing to at least in or about September 2015, the exact dates being unknown, in the Western District of New York, and elsewhere,

the defendants, **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico, HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy, SONIA HERNANDEZ, MARTHA AGUIRRE, JUAN ALFARO, MARGARET BANUELOS a/k/a Lisa, TROY R. GILLON, DARRYL J. WILLIAMS a/k/a D, TRENT ADAIR HAMILTON, MICHAEL PAUL MITCHELL, DEMETRIUS YARBOROUGH a/k/a Tu-Tu, RASHAWN CRULE a/k/a Black a/k/a Shawn, MAULANA LUCAS a/k/a Big Daddy a/k/a Shabazz, RALIK HAMILTON, JOSEPH THOMPSON a/k/a Jo-Jo a/k/a Skools a/k/a Schoolboy,** and **DION CHEATHAM**, did knowingly, willfully and unlawfully combine, conspire and agree together and with others, known and unknown, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 1 kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance; 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance; and 400 grams or more of a mixture and a substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 4

### (Money Laundering Conspiracy)

### The Grand Jury Further Charges That:

1.      The allegations of the Introduction are incorporated herein by reference.


2.      From in or about June 2013, and continuing to at least in or about June 2015, the exact dates being unknown, in the Western District of New York, and elsewhere, the defendants, **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico, HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy, SONIA HERNANDEZ, MARTHA AGUIRRE, JUAN ALFARO, MARGARET BANUELOS a/k/a Lisa,** and **DARRYL J. WILLIAMS a/k/a D**, did knowingly, willfully, and unlawfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to knowingly conduct financial transactions affecting interstate commerce, that is, the deposit, withdrawal, payment, and transfer of funds and monetary instruments by, through, and to financial institutions, engaged in and the activities of which affect interstate and foreign commerce, and which involved the proceeds of specified unlawful activity, that is, the unlawful distribution of heroin, cocaine, and fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to do so, in violation of Title 21, United States Code, Section 846.

(a)      knowing that said transactions were designed in whole and in part to avoid a transaction reporting requirement under Federal law and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii); and

(b)      with the intent to promote the carrying on of said specified unlawful activity and while knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

**All in violation of Title 18, United States Code, Section 1956(h).**

## COUNT 5

**(Possession of Cocaine with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about June 21, 2014, in the District of Nebraska, the defendant, SONIA HERNANDEZ, did knowingly, intentionally, and unlawfully possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).**

## COUNT 6

**(Possession with Intent to Distribute,
and Distribution of, Cocaine Base)**

**The Grand Jury Further Charges That:**

On or about September 24, 2014, in the Western District of New York, the defendant, **MICHAEL PAUL MITCHELL**, did knowingly, intentionally and unlawfully possess with intent to distribute, and distribute, a quantity of cocaine base, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 7

**(Possession with Intent to Distribute,
and Distribution of, Heroin)**

**The Grand Jury Further Charges That:**

On or about October 22, 2014, in the Western District of New York, the defendant,

**TRENT ADAIR HAMILTON**, did knowingly, intentionally and unlawfully possess with

intent to distribute, and distribute, a quantity of heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 8

**(Possession with Intent to Distribute,
and Distribution of, Fentanyl)**

**The Grand Jury Charges That:**

On or about February 13, 2015, in the Western District of New York, the defendant,

**JOSEPH THOMPSON a/k/a Jo-Jo a/k/a Skools a/k/a Schoolboy**, did knowingly,

intentionally and unlawfully possess with intent to distribute, and distribute, a quantity of

fentanyl, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 9

**(Possession with Intent to Distribute,
and Distribution of, Fentanyl)**

**The Grand Jury Charges That:**

On or about February 20, 2015, in the Western District of New York, the defendant,

**DION CHEATHAM**, did knowingly, intentionally and unlawfully possess with intent to

distribute, and distribute, a quantity of fentanyl, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 10

**(Possession with Intent to Distribute,
and Distribution of, Heroin)**

**The Grand Jury Further Charges That:**

On or about March 4, 2015, in the Western District of New York, the defendant,

**JOSEPH THOMPSON a/k/a Jo-Jo a/k/a Skools a/k/a Schoolboy**, did knowingly,

intentionally and unlawfully possess with intent to distribute, and distribute, a quantity of

heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 11

### (Possession with Intent to Distribute,
### and Distribution of, Heroin)

### The Grand Jury Further Charges That:

On or about March 5, 2015, in the Western District of New York, the defendant,

**DION CHEATHAM**, did knowingly, intentionally and unlawfully possess with intent to

distribute, and distribute, a quantity of heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 12

### (Possession of Heroin with Intent to Distribute)

### The Grand Jury Further Charges That:

On or about March 10, 2015, in the Western District of New York, the defendant,

**JOSEPH THOMPSON a/k/a Jo-Jo a/k/a Skools a/k/a Schoolboy**, did knowingly,

intentionally and unlawfully possess with intent to distribute a quantity of heroin, a Schedule

I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 13

### (Possession of Cocaine Base with Intent to Distribute)

### The Grand Jury Further Charges That:

On or about March 10, 2015, in the Western District of New York, the defendant,

**JOSEPH THOMPSON a/k/a Jo-Jo a/k/a Skools a/k/a Schoolboy**, did knowingly,

intentionally and unlawfully possess with intent to distribute a quantity of cocaine base, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**


## COUNT 14

**(Possession of Fentanyl with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about March 10, 2015, in the Western District of New York, the defendant, **JOSEPH THOMPSON a/k/a Jo-Jo a/k/a Skools a/k/a Schoolboy**, did knowingly, intentionally and unlawfully possess with intent to distribute 40 grams or more of a mixture and a substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).**


## COUNT 15

**(Maintaining a Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

From in or about February, 2015, the exact date being unknown, and continuing to on or about March 10, 2015, in the Western District of New York, the defendant, **JOSEPH THOMPSON a/k/a Jo-Jo a/k/a Skools a/k/a Schoolboy**, did knowingly, intentionally and unlawfully use and maintain a place, that is, the premises at 248 Elmwood Avenue, Lockport, New York, for the purpose of manufacturing, distributing and using fentanyl and

cocaine base, both Schedule II controlled substances, and heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Section 856(a)(1).**

## COUNT 16

**(Possession of Heroin with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about March 23, 2015, in the Western District of New York, the defendants, **DARRYL J. WILLIAMS a/k/a D** and **MAULANA LUCAS a/k/a Big Daddy a/k/a Shabazz**, did knowingly, intentionally and unlawfully possess with intent to distribute 1 kilogram or more of a mixture and substance containing heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.**

## COUNT 17

**(Possession of Cocaine with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about March 23, 2015, in the Western District of New York, the defendants, **DARRYL J. WILLIAMS a/k/a D** and **MAULANA LUCAS a/k/a Big Daddy a/k/a Shabazz** did knowingly, intentionally and unlawfully possess with intent to distribute 5

kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.**

## COUNT 18

**(Possession of Fentanyl with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about March 23, 2015, in the Western District of New York, the defendants, **DARRYL J. WILLIAMS a/k/a D** and **MAULANA LUCAS a/k/a Big Daddy a/k/a Shabazz** did knowingly, intentionally and unlawfully possess with intent to distribute 400 grams or more of a mixture and a substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.**

## COUNT 19

**(Felon in Possession of Firearm and Ammunition)**

**The Grand Jury Charges That:**

On or about April 10, 2015, in the Western District of New York, the defendant, **RALIK HAMILTON**, having previously been convicted on or about November 2, 1994, and on or about June 23, 1999, in County Court, Niagara County, New York, and on or about May 11, 1999, on or about July 23, 2001, and on or about January 20, 2012, in County Court,

Chautauqua County, New York, of crimes punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, a firearm, namely, a Stallard Arms, model JS 9, 9 mm pistol, bearing serial number 029521, and ammunition, namely, 3 rounds of Winchester 9mm ammunition; 1 round of Companhia Brasileira de Cartuchos (CBC) 9mm ammunition; and 2 rounds of CCI 9mm ammunition.

**All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.**

## COUNT 20

**(Possession of a Firearm in Furtherance of Drug Trafficking Crimes)**

**The Grand Jury Further Charges That:**

On or about April 10, 2015, in the Western District of New York, the defendant, **RALIK HAMILTON**, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, committed in the manner set forth in Count 3 of this Second Superseding Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully possess a firearm.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.**

## COUNT 21

**(Possession with Intent to Distribute,
and Distribution of, Heroin)**

**The Grand Jury Further Charges That:**

On or about October 2, 2015, in the Western District of New York, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn**, did knowingly, intentionally and

unlawfully possess with intent to distribute, and distribute, a quantity of heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 22

**(Possession with Intent to Distribute,
and Distribution of, Heroin)**

**The Grand Jury Further Charges That:**

On or about October 15, 2015, in the Western District of New York, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn**, did knowingly, intentionally and unlawfully possess with intent to distribute, and distribute, a quantity of heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 23

**(Possession of Heroin with Intent to Distribute)**

**The Grand Jury Further Charges That:**

On or about November 2, 2015, in the Western District of New York, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn**, did knowingly, intentionally and unlawfully possess with intent to distribute 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).**

## COUNT 24

### (Possession of Fentanyl with Intent to Distribute)

### The Grand Jury Further Charges That:

On or about November 2, 2015, in the Western District of New York, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn**, did knowingly, intentionally and unlawfully possess with intent to distribute 40 grams or more of a mixture and a substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).**

## COUNT 25

### (Possession of Cocaine Base with Intent to Distribute)

### The Grand Jury Further Charges That:

On or about November 2, 2015, in the Western District of New York, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn**, did knowingly, intentionally and unlawfully possess with intent to distribute 28 grams or more of a mixture and substance containing cocaine base, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).**

## COUNT 26

### (Possession of Cocaine with Intent to Distribute)

### The Grand Jury Further Charges That:

On or about November 2, 2015, in the Western District of New York, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn**, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 27

### (Maintaining a Drug-Involved Premises)

### The Grand Jury Further Charges That:

Beginning on at date unknown and continuing to on or about November 2, 2015, in the Western District of New York, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn**, did knowingly, intentionally and unlawfully use and maintain a place, that is, the premises at 98 Gillette Avenue, Buffalo, New York, for the purpose of manufacturing, distributing and using heroin, a Schedule I controlled substance, and fentanyl, cocaine, and cocaine base, Schedule II controlled substances.

**All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.**

22

## COUNT 28

**(Maintaining a Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

Beginning on at date unknown and continuing to on or about November 2, 2015, in the Western District of New York, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn**, did knowingly, intentionally and unlawfully use and maintain a place, that is, the premises at 1179 Broadway Avenue, Buffalo, New York, for the purpose of manufacturing, distributing and using heroin, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.**


## COUNT 29

**(Possession of a Firearm in Furtherance of Drug Trafficking Crimes)**

**The Grand Jury Further Charges That:**

On or about November 2, 2015, in the Western District of New York, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn**, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Sections 841(a)(1), and 856(a)(1), committed in the manner set forth in Counts 22 through 28 of this Second Superseding Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully possess a firearm.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.**

## COUNT 30

### (Felon in Possession of Firearm and Ammunition)

### The Grand Jury Further Charges That:

On or about November 2, 2015, in the Western District of New York, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn**, having previously been convicted on or about October 28, 2002, in County Court, Erie County, New York, of a crime punishable by imprisonment for a term exceeding one year, did unlawfully and knowingly possess, in and affecting commerce, a firearm, namely, a Fegyvergyar (Hungarian), Model PJK-9HP, 9mm Luger, bearing serial number B04145, and ammunition, namely, three (3) rounds of Winchester 9 mm ammunition; one (1) round of Companhia Brasileira de Cartuchos (CBC) 9 mm ammunition; and two (2) rounds of CCI 9 mm ammunition.

**All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 2.**

## COUNT 31

### (Obstruction of Justice)

### The Grand Jury Further Charges That:

On or about May 10, 2016, in the Western District of New York, the defendant, **SONIA HERNANDEZ**, did corruptly obstruct, influence, and impede, and attempt to corruptly obstruct, influence, and impede, an official proceeding, that is, a grand jury investigation in the Western District of New York of the distribution of controlled substances and conspiracy to do so by Herman E. Aguirre a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, by testifying

falsely and evasively about her knowledge of, and participation in, drug trafficking activities conducted by Herman E. Aguirre a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy.

**All in violation of Title 18, United States Code, Section 1512(c)(2).**

## FIRST FORFEITURE ALLEGATION

**(Drug Conspiracy Proceeds)**

**The Grand Jury Alleges That:**

Upon their conviction of Counts 1, 2, or 3 of this Second Superseding Indictment, the defendants, **JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico, HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy, MARTHA AGUIRRE, JUAN ALFARO and MARGARET BANUELOS a/k/a Lisa,** shall forfeit all of their interest in any and all property, real or personal, constituting or derived from any proceeds the person obtained, directly or indirectly, as the result of such violation, including but not limited to the following:

## MONETARY JUDGMENT:

The sum of thirty-seven million, four hundred and ten thousand United States currency ($37,410,000), to be evidenced by a judgment issued by this Court against the defendants. Said judgment will be referenced in the PRELIMINARY ORDER OF FORFEITURE and will provide for interest to accrue at the prevailing rate per annum and serve as a lien against the defendants' property, wherever situated, until fully satisfied and which can be broken down as follows:

| Defendant: | Amount: |
|---|---|
| JOSE RUBEN GIL a/k/a Unc a/k/a Ruben Gil Campos a/k/a Mayor of Mexico: | $11,788,049.95 |

| | |
|---|---|
| **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy:** | $25,049,606.14 |
| **JUAN ALFARO:** | $310,310.10 |
| **MARGARET BANUELOS a/k/a Lisa:** | $53,679.40 |
| **MARTHA AGUIRRE:** | $208,154.40 |

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with, a third person;

(3)     has been placed beyond the jurisdiction of the Court;

(4)     has been substantially diminished in value; or

(5)     has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, pursuant to 18 United States Code, Section 982(b) and 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above property.

**All pursuant to Title 21, United States Code, Sections 853(a)(l), 853(a)(2) and 853(p).**

## SECOND FORFEITURE ALLEGATION

### (Money Laundering Conspiracy Property)

### The Grand Jury Further Alleges That:

Upon their conviction of Count 4 of this Second Superseding Indictment, the defendants, **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy, MARTHA AGUIRRE, JUAN ALFARO, MARGARET BANUELOS a/k/a Lisa, SONIA HERNANDEZ** and **DARRYL J. WILLIAMS a/k/a D,** shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, including, but not limited to:

## MONETARY JUDGMENT:

The sum of nineteen million, three hundred and seven thousand, eight hundred and ninety-two dollars ($19,307,892) dollars United States currency, to be evidenced by a judgment issued by this Court against the defendants. Said judgment will be referenced in the PRELIMINARY ORDER OF FORFEITURE and will provide for interest to accrue at the prevailing rate per annum and serve as a lien against the defendants' property, wherever situated, until fully satisfied and which can be allocated as follows:

| Defendant: | Amount: |
|---|---|
| **HERMAN E. AGUIRRE a/k/a 007 a/k/a Lucky a/k/a Primo a/k/a Freddy:** | $19,307,892.00 |
| **JUAN ALFARO:** | $6,206,202.00 |
| **MARGARET BANUELOS a/k/a Lisa:** | $2,683,970.00 |
| **MARTHA AGUIRRE:** | $10,417,720.00 |
| **DARRYL J. WILLIAMS a/k/a D:** | $18,636,052.00 |
| **SONIA HERNANDEZ:** | $1,997,174.07 |

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with, a third person;

(3)    has been placed beyond the jurisdiction of the Court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the above property.

**All pursuant to Title 18, United States Code, Section 982(a)(l) and Title 21, United States Code, Section 853(p).**

## THIRD FORFEITURE ALLEGATION

**(Narcotics Proceeds and Property)**

**The Grand Jury Further Alleges That:**

Upon their conviction of any of the counts of this Second Superseding Indictment, the defendants, **TROY R. GILLON, DARRYL J. WILLIAMS a/k/a D, TRENT ADAIR HAMILTON, MICHAEL PAUL MITCHELL, RASHAWN CRULE a/k/a Black a/k/a Shawn, and JOSEPH THOMPSON a/k/a Jo-Jo a/k/a Skools a/k/a Skoolboy,** shall forfeit to the United States any and all property constituting and derived from any proceeds obtained, directly and indirectly, as a result of such violations and any and all

property used, and intended to be used, in any manner and part, to commit and to facilitate the commission of such violations, including, but not limited to:

**As to TROY R. GILLON:**

    <u>**Motor Vehicle:**</u>

    One Gray 2007 Toyota Sienna, bearing VIN: 5TDZK23C67S06I282, titled to TROY R. GILLON.

**As to RASHAWN CRULE a/k/a Black a/k/a Shawn:**

    <u>**Monetary Amount:**</u>

    The sum of seventy-four thousand, eight hundred seventy-eight dollars ($74,878) United States currency, seized during a search warrant executed at 22 Homer Avenue, Buffalo New York on November 2, 2015.

    <u>**Jewelry:**</u>

    One 14 karat white gold necklace with cross pendant, seized during a search warrant executed at 22 Homer Avenue, Buffalo New York on November 2, 2015.

**As to JOSEPH THOMPSON:**

    <u>**Monetary Amount:**</u>

    The sum of one thousand, nine hundred fifty-five dollars ($1,955) United States currency, seized during a search warrant executed at 248 Elmwood Avenue, Lockport New York on March 10, 2015.

    **All pursuant to Title 21, United States Code, Sections 853(a)(l) and 853(a)(2).**

## FOURTH FORFEITURE ALLEGATION

### (Firearm and Ammunition)

### The Grand Jury Further Alleges That:

Upon his conviction of either or both of Counts 28 and 29 of this Second Superseding Indictment, the defendant, **RASHAWN CRULE a/k/a Black a/k/a Shawn,** shall forfeit his right, title and interest to the United States any firearms and ammunition involved or used in the commission of the offense, or found in the possession or under immediate control of the defendant at the time of arrest including, but not limited to:

a.   a Fegyvergyar (Hungarian), Model PJK-9HP, 9mm Luger, bearing serial number B04145 unloaded, accompanied by one empty 9mm cartridge magazine, seized on or about November 2, 2015 at 98  Gillette Avenue, Buffalo, New York; and

b.   eleven (11) rounds of 9mm Luger cartridges (9 in small plastic bag, 2 loose in packaging), seized on or about November 2, 2015 at 98 Gillette Avenue, Buffalo, New York on November 2, 2015.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 246l(c).**

DATED:  Buffalo, New York, August 8, 2017.

JAMES P. KENNEDY, JR.
Acting United States Attorney

BY:   S/MEGHAN A. TOKASH
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5860
Meghan.Tokash@usdoj.gov

BY:   S/MICHAEL P. FELICETTA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5893
Michael.Felicetta@usdoj.gov

A TRUE BILL:


S/FOREPERSON

31