IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                     15-CR-143-V

JOSE RUBEN GIL,
HERMAN E. AGUIRRE,
TROY R. GILLON,
DEMETRIUS YARBOROUGH,
RASHAWN CRULE, and
MICHAEL PAUL MITCHELL,

                  Defendants.

---

## GOVERNMENT'S EXHIBIT LIST

        THE UNITED STATES OF AMERICA, by and through its attorney, James P. Kennedy, Jr., United States Attorney for the Western District of New York, Michael P. Felicetta and Meghan A. Tokash, Assistant United States Attorneys, of counsel, hereby serves on the Court and counsel its Exhibit List.

        DATED: Buffalo, New York, October 4, 2018.

                                        JAMES P. KENNEDY, JR.
                                          United States Attorney

BY:   s/MICHAEL P. FELICETTA          BY:   s/MEGHAN A. TOKASH
       Assistant United States Attorney              Assistant United States Attorney
       United States Attorney's Office                 United States Attorney's Office
       Western District of New York                   Western District of New York
       138 Delaware Avenue                              138 Delaware Avenue
       Buffalo, New York 14202                         Buffalo, New York 14202
       716/843-5893                                        716/843-5860
       Michael.Felicetta@usdoj.gov                   Meghan.Tokash@usdoj.gov

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**U.S. v. Jose Ruben Gil, et al.**
**EXHIBIT LIST**

Case No.: 15-CR-143      X  Government
Date: October 4, 2018      ___ Defendant

| Ex. No. | DESCRIPTION | DATE Marked for Identification | In Evidence |
|---|---|---|---|
| | **T3 WIRE INTERCEPTS** | | |
| 1 | Application for order authorizing interception of wire communications for 716-579-0000 | | |
| 2 | Order authorizing interception of wire communications for 716-579-0000 | | |
| 3 | Application for order authorizing interception of wire communications for 716-266-7620 and 716-981-9339 | | |
| 4 | Order authorizing interception of wire communications for 716-266-7620 and 716-981-9339 | | |
| 5 | Application for order authorizing interception of wire communications for 716-478-5383 | | |
| 6 | Order authorizing interception of wire communications for 716-478-5383 | | |
| 7 | Audio recording of call from 716-981-9339 on 12/10/14 at 11:22:55 | | |
| 7T | Transcript of audio recording of call from 716-981-9339 on 12/10/14 at 11:22:55 | | |
| 8 | Audio recording of call from 716-981-9339 on 12/10/14 at 20:55:51 | | |
| 8T | Transcript of audio recording of call from 716-981-9339 on 12/10/14 at 20:55:51 | | |
| 9 | Audio recording of call from 716-981-9339 on 12/10/14 at 21:06:36 | | |
| 9T | Transcript of audio recording of call from 716-981-9339 on 12/10/14 at 21:06:36 | | |

| | | | |
|---|---|---|---|
| 10 | Transcript of audio recording of call from 716-981-9339 on 12/10/14 at 21:24:14 | | |
| 11 | Audio recording of call from 716-981-9339 on 12/10/14 at 21:24:14 | | |
| 12 | Audio recording of call from 716-981-9339 on 12/11/14 at 16:20:54 | | |
| 12T | Transcript of audio recording of call from 716-981-9339 on 12/11/14 at 16:20:54 | | |
| | **CONTROLLED BUYS** | | |
| 13 | 10.9 g of crack cocaine purchased from Michael Mitchell on 9/24/14 (DEA Exhibit No. 8) | | |
| 14 | Laboratory analysis report for DEA Exhibit No. 8 | | |
| 15 | 1 oz. Heroin purchased from Trent Hamilton on 10/30/14 (DEA Exhibit No. 10) | | |
| 16 | Laboratory analysis report for 1 oz. Heroin | | |
| 17 | 100 g Heroin seized from Troy Gillon on 2/15/2015 (DEA Exhibit No. 11) | | |
| 18 | Laboratory analysis report for 100 g Heroin | | |
| 19 | 1 g Fentanyl purchased from Joseph Thompson on 2/13/15 (DEA Exhibit No. 12) | | |
| 20 | Laboratory analysis report for 1 g Fentanyl | | |
| 21 | 13 g Fentanyl purchase from Dion Cheatham on 3/05/15 (DEA Exhibit No. 13) | | |
| 22 | Laboratory analysis report for 13 g Fentanyl | | |
| 23 | 34.4 g of heroin seized from 248 Elmwood Ave (Joseph Thompson) (DEA Exhibit No. 15) | | |
| 24 | 23.8 g of crack cocaine seized from 248 Elmwood Ave (Joseph Thompson) (DEA Exhibit No. 16) | | |
| 25 | 67 g of heroin seized from 248 Elmwood Ave (Joseph Thompson) (DEA Exhibit No. 17) | | |

| | | | |
|---|---|---|---|
| 26 | 94 g of opium/heroin/morphine seized from 248 Elmwood Ave (Joseph Thompson) (DEA Exhibit No. 18) | | |
| 27 | 27.2 g of crack cocaine seized from 248 Elmwood Ave (Joseph Thompson) (DEA Exhibit No. 19) | | |
| 28 | 23.5 g of heroin seized from 248 Elmwood Ave (Joseph Thompson) (DEA Exhibit No. 20) | | |
| 29 | 146.5 g of fentanyl seized from 248 Elmwood Ave (Joseph Thompson) (DEA Exhibit No. 21) | | |
| 30 | Laboratory analysis report for DEA Exhibits 15-21 | | |
| 31 | Five (5) Photographs from Joseph Thompson search warrant (Grand Jury WW-AAA) (Bates 00011539, 11541, 11542, 11553,11554) | | |
| | **TROY GILLON SEIZURE** | | |
| 32 | A bag containing 100 g of heroin seized from Troy Gillon on 2/14/15 at Niagara Falls Outlet Mall | | |
| | **DEMETRIUS YARBOROUGH – 22 CARL ST** **October 9, 2013** | | |
| 33 | Recorded call between PW8 and Yarborough on 10/07/13 (716-812-5084) (DEA Exhibit N-1) | | |
| 33T | Transcript of Recorded Call | | |
| 34 | Recorded meeting between PW8 and Yarborough on 10/07/13 (DEA Exhibit N-2) | | |
| 34T | Transcript of Recorded meeting | | |
| 35 | Recorded call between PW8 and Yarborough on 10/07/13 (716-812-5084) (DEA Exhibit N-3) | | |
| 35T | Transcript of Recorded Call | | |
| 36 | Bag containing 8 grams of cocaine seized from PW9 (DEA Exhibit No. 1) (Lab No. 13-0****) | | |
| 37 | Laboratory report (chemical analysis) for Lab No. 13-0**** | | |
| 38 | Application, Order, and Return for a Search Warrant for 22 Carl Street, Buffalo, NY, Lower Apartment | | |

| | | | |
|---|---|---|---|
| 39 | Drug ledger, photos, and personal documents belonging to Yarborough seized from 22 Carl Street | | |
| 40 | Bag containing Styrofoam plate with residue from 22 Carl Street (Lab No. 13-07197, Item No. 2) | | |
| 41 | Bag containing kilogram wrappers from 22 Carl Street (Lab No. 13-07197, Item No. 3) | | |
| 42 | Bag containing kilogram wrappers from 22 Carl Street (Lab No. 13-07197, Item No. 4) | | |
| 43 | Bag containing kilogram wrappers from 22 Carl Street (Lab No. 13-07197, Item No. 5) | | |
| 44 | Request for Laboratory Examination for Lab No. 13-07197 | | |
| 45 | Laboratory report no. 2 (chemical analysis) for Lab No. 13-07197 | | |
| 46 | Laboratory report nos. 1 & 3 (DNA analysis) for Lab No. 13-07197 | | |
| | **185 HIGH STREET** | | |
| 47 | Video from pole camera 184 High Street | | |
| 48 | Application and Order for a Search Warrant for 185 High Street, Apt. 2, Lockport, NY | | |
| 49 | 2 oz. heroin from 184 High Street (DEA Exhibit No. 9) | | |
| 50 | Laboratory report for DEA Exhibit No. 9 | | |
| | **1154 LASALLE AVENUE** | | |
| 51 | Video from pole camera 1154 LaSalle Avenue | | |
| 52 | Application and Order for a Search Warrant for 1154 LaSalle Avenue, Upper Apartment, Niagara Falls, NY | | |
| 53 | 10.9 g. crack cocaine from 1154 LaSalle Avenue (DEA Exhibit No. 8) | | |

| | | | |
|---|---|---|---|
| 54 | Laboratory analysis report for 10.9 g. crack cocaine | | |
| 55 | Fentanyl from 1154 LaSalle Avenue (DEA Exhibit No. 22) | | |
| 56 | Laboratory analysis report for Fentanyl | | |
| | **587 EVERGREEN DRIVE** | | |
| 57 | Application and Order for Search Warrant for 587 Evergreen Drive, Lockport, NY | | |
| 58 | 4.99 g Fentanyl from 587 Evergreen Drive on (DEA Exhibit No. 23) | | |
| 59 | Laboratory analysis report for 4.99 g Fentanyl | | |
| | **98 FOLGER STREET** | | |
| 60 | Consent to search by Benjamin Matson for 98 Folger Street, Buffalo, NY | | |
| 61 | Consent to search by Kristy Matson for 98 Folger Street, Buffalo, NY | | |
| 62 | Consent to search by Shirley Grigsby for 98 Folger Street, Buffalo, NY | | |
| 63 | 24 kg Cocaine seized from 98 Folger Street (DEA Exhibit No. 24) | | |
| 64 | Laboratory analysis report for 24 kg Cocaine | | |
| 65 | 8 kg Fentanyl seized from 98 Folger Street (DEA Exhibit No. 25) | | |
| 66 | Laboratory analysis report for 8 kg Fentanyl | | |
| 67 | Photographs from search of 98 Folger Street | | |
| | **NEBRASKA TRAFFIC STOP** | | |
| 68 | Nebraska State Patrol reports re: 6/21/14 traffic stop | | |
| 69 | 15 kg heroin from Nebraska traffic stop | | |
| 70 | Laboratory analysis report for 15 kg heroin | | |
| 71 | 11 kg Cocaine from Nebraska traffic stop | | |

| | | | |
|---|---|---|---|
| 72 | Laboratory analysis report for 11 kg cocaine | | |
| | **DEA SEIZURE - APRIL 29, 2015** | | |
| 73 | Montebello Police Department traffic stop | | |
| 74 | 27.34 kg. Cocaine from Montebello, CA | | |
| | **OPERATION KING'S GOLD - CHICAGO** | | |
| 75 | California Department of Motor Vehicles record for Herman Aguirre | | |
| 76 | Phone 310-770-8471 toll records for 11/01/13 – 12/14/13 | | |
| 77 | Audio recording of call between CI and "Primo" at 18:37:39 on 11/11/13 | | |
| 78 | Audio recording of call between CI and "Primo" at 18:40:00 on 11/11/13 | | |
| 79 | Audio recording of call between CI and "Primo" at 16:31:44 on 11/12/13 | | |
| 80 | Audio recording of call between CI and "Primo" at 12:28:51 on 11/13/13 | | |
| 81 | Audio recording of call between CI and "Primo" at 12:32:39 on 11/13/13 | | |
| 82 | Audio recording of call between CI and "Primo" at 13:09:53 on 11/13/13 | | |
| 83 | Audio recording of call between CI and "Primo" at 13:18:43 on 11/13/13 | | |
| 84 | Audio recording of call between CI and "Primo" at 16:06:47 on 11/13/13 | | |
| 85 | Audio recording of call between CI and "Primo" at 16:25:16 on 11/13/13 | | |
| 86 | Audio recording of call between CI and "Primo" at 16:33:13 on 11/13/13 | | |
| 87 | Audio recording of call between CI and "Primo" at 16:40:49 on 11/13/13 | | |

| | | | |
|---|---|---|---|
| 88 | Audio recording of call between CI and "Primo" at 16:42:37 on 11/13/13 | | |
| 89 | Audio recording of call between CI and "Primo" at 16:44:06 on 11/13/13 | | |
| 90 | Audio recording of call between CI and "Primo" at 16:57:37 on 11/13/13 | | |
| 91 | Audio recording of call between CI and "Primo" at 18:19:27 on 11/13/13 | | |
| 92 | Four surveillance video recordings from 11/13/13 | | |
| 93 | Audio recording of CI and Herman Aguirre meeting on 11/13/13 at 4:58 p.m. | | |
| 93T | Transcript of audio recording of CI and Herman Aguirre meeting on 11/13/13 at 4:58 p.m | | |
| 94 | Eight (8) photographs of seizure on 11/13/13 | | |
| 95 | HSI Report of Investigation re: 11/13/13 delivery of $69,990 narcotics proceeds | | |
| 96 | Northbrook Police Department K9 report re: drug sniff of packages on 11/13/13 | | |
| 97 | $69,900 United States Currency from CI pickup on 11/13/13 in Northbrook, Illinois | | |
| 98 | Best Western Milwaukee Airport Hotel records for Herman Aguirre 9/01/13 – 11/17/13 | | |
| 99 | Best Western Milwaukee Airport Hotel surveillance photo from 12/10/13 | | |
| 100 | Photograph Walgreens plastic bag | | |
| 101 | Photograph Fish & Chicken bag | | |
| 102 | Documents from trash pull at Best Western Milwaukee Airport Hotel on 12/14/13 | | |
| | **TROY GILLON** | | |
| 103 A-L | Twelve (12) photographs of hidden trap compartment located inside 2007 Toyota Sienna Van bearing VIN # 5TDZK23C67S061282, owned by Troy GILLON | | |

7

| | | | |
|---|---|---|---|
| 104 A-D | Four (4) videos of a hidden trap compartment, located inside a 2007 Toyota Sienna Van, bearing Vin # 5TDZK23C67S061282, owned by Troy GILLON. | | |
| 105 | Niagara County Search warrant authorizing installation of GPS tracker | | |
| 106 | GPS Tracker information #1 Troy Gillon: Chevy Malibu | | |
| 107 | GPS Tracker information #2 Troy Gillon: Chevy Malibu | | |
| 108 | GPS Tracker information Darryl Williams GMC Truck | | |
| | | | |
| 109 | One Black ZTE Cellular Phone, Model #Z990GGPZEZ990GB, S/N #32582261362 with Sim card | | |
| 110 | One Black LG Cellular flip phone FCC ID #ZNFLG440G, S/N #408CYGW28195 with Sim card | | |
| 111 | One Black LG Cellular flip phone FCC ID #ZNGLD550G, S/N #407CYCV057347 with Sim card | | |
| | **RASHAWN CRULE** | | |
| 112 | Erie County Court Waiver of Indictment for Rashaun Crule S.C.I. No. 21079, File No. 02-0258 | | |
| 113 | Erie County Court Certificate of Conviction-Imprisonment for Rashaun Crule, 2002 | | |
| 114 | Erie County Court Sentence and Commitment for Rashawn Crule 10/28/02 | | |
| 115 | New York State Corrections and Community Supervision Executive Clemency records search for Rashaun Crule | | |
| 116 | Audio recording of meeting with Charles Newkirk on 09/17/15 | | |
| 116T | Transcript of Audio Recording on 09/17/15 | | |

| | | | |
|---|---|---|---|
| 117 | Bag containing 49.9 grams of heroin (DEA Exhibit No. 4) seized from controlled buy with Rashawn Crule on 10/02/15 | | |
| 118 | Laboratory analysis report for 49.9 grams of heroin (LIMS No. 2015-SFL2-06249) | | |
| 119 | Audio and video recording of controlled buy with Rashawn Crule on 10/02/15 | | |
| 119T | Transcript of the audio recording of controlled buy with Rashawn Crule on 10/02/15 | | |
| 120 | Photographs of text messages between Crule and Newkirk (862-955-8934) | | |
| 121 | Bag containing 59.3 grams of heroin (DEA Exhibit No. 5) seized from controlled buy with Rashawn Crule on 10/15/15 | | |
| 122 | Laboratory analysis report for 59.3 grams of heroin (LIMS No. 2015-SFL2-06419) | | |
| 123 | Audio and video recording of controlled buy with Rashawn Crule on 10/15/15 | | |
| 123T | Transcript of the audio recording of controlled buy with Rashawn Crule on 10/15/15 | | |
| 124 | Photographs of text messages between Crule and Newkirk (862-955-8934) | | |
| | **RASHAWN CRULE – 98 GILLETTE ON 11/02/15** | | |
| 125 | Bag containing 129 grams of heroin (DEA Exhibit No. 7) seized from New York (GUA-9952) on 11/2/15 | | |
| 126 | Laboratory analysis report for 129 grams of heroin | | |
| 127 | Bag containing 228.1 grams of heroin (DEA Exhibit No. 8) seized from 98 Gillette on 11/2/15 | | |
| 128 | Laboratory analysis report for 228.1 grams of heroin (LIMS No. 2015-SFL2-06755) | | |
| 129 | Bag containing 131.2 grams of cocaine base (DEA Exhibit No. 9) seized from 98 Gillette on 11/2/15 | | |

| | | | |
|---|---|---|---|
| 130 | Laboratory analysis report for 131 grams of cocaine base (LIMS No. 2015-SFL2-06756) | | |
| 131 | Bag containing 98.0 grams of fentanyl (DEA Exhibit No. 10) seized from 98 Gillette on 11/2/15 | | |
| 132 | Laboratory analysis report for 98.0 grams of fentanyl (LIMS No. 2015-SFL2-06757) | | |
| 133 | Bag containing 11.3 grams of cocaine (DEA Exhibit No. 11.01) seized from 98 Gillette on 11/2/15 | | |
| 134 | Bag containing 185.8 grams of creatine (DEA Exhibit No. 11.02) seized from 98 Gillette on 11/2/15 | | |
| 135 | Laboratory analysis report for 11.3 grams of cocaine (LIMS No. 2015-SFL2-06758) | | |
| 136 | Laboratory analysis report for 185.8 grams of creatine (LIMS No. 2015-SFL2-06758) | | |
| 137 | "Weigh Max" digital scale (DEA Exhibit No. N-17) | | |
| 138 | Box of black wax envelopes (DEA Exhibit No. N-18) | | |
| 139 | Padlock and key (DEA Exhibit No. N-19) | | |
| 140 | 11 9mm rounds of ammunition (DEA Exhibit No. N-20) | | |
| 141 | 9mm magazine (DEA Exhibit No. N-21) | | |
| 142 | KBI arms 9mm pistol (DEA Exhibit No. N-22) | | |
| 143 | DNA swab of Crule (DEA Exhibit No. N-24) | | |
| 144 | Photographs of 98 Gillette (DEA Exhibit No. N-25) | | |
| 145 | Audio recording of meeting between Crule and Newkirk on 11/02/15 (DEA Exhibit No. N-28) | | |
| 146 | Transcript of audio recording of meeting between Crule and Newkirk on 11/02/15 (DEA Exhibit No. N-29) | | |
| | **RASHAWN CRULE – 22 HOMER ON 11/02/15** | | |
| 147 | Utility bills for 22 Homer (DEA Exhibit No. N-23) | | |
| 148 | Photographs of 22 Homer (DEA Exhibit No. N-26) | | |

| | | | |
|---|---|---|---|
| 149 | Declination form executed by Crule (DEA Exhibit No. N-27) | | |
| 150 | Download of GPS data from Crule's cell phone (DEA Exhibit No. N-32) | | |
| | | | |
| 151 | Northeast parking lot surveillance photos, Transit Road office, 6/11/15 at 21:112 | | |
| 152 | Triton Foods, Inc. Brokerage Account check 1060 to Diva Fashions Inc. in the amount of $133,000.00 dated 6/28/13 (Grand Jury AA) | | |
| 153 | Triton Foods, Inc. Brokerage Account Bank of America checking account statement 7/01/13 (Grand Jury BB) | | |
| 154 | Triton Foods Inc. Purchase Orders (Grand Jury DD) | | |
| 155 | Triton Foods Inc. records (Grand Jury EE) | | |
| 156 | Triton Foods General Ledger as of 12/31/2013, pages 278 – 430. (Grand Jury FF) | | |
| 157 | Triton Foods General Ledger as of 12/31/2013, pages 803 – 863. (Grand Jury GG) | | |
| 158 | Triton Foods General Ledger as of 12/31/2013, pages 100 – 247. (Grand Jury HH) | | |
| 159 | Triton Foods General Ledger as of 12/31/2013, pages 457 – 508. (Grand Jury II) | | |
| 160 | Triton Foods Sea Cucumber Purchase summary by SA David Turri 5/24/16 (Grand Jury JJ) | | |
| 161 | Bank of America Certified Corporate Resolutions fir Fresh Choice Products, Inc. 4/23/14 (Grand Jury LL) | | |
| 162 | K.I. Logistics invoices (Grand Jury MM) | | |
| 163 | Fresh Choice Produce Invoices (Grand Jury NN) | | |
| 164 | Fresh Choice Produce Bank Deposit Report for the period 1/1/14 to 12/31/14: checking account (Grand Jury OO) | | |

| | | | |
|---|---|---|---|
| 165 | Fresh Choice Produce Invoice Register from the period 1/1/14 to 9/30/15(Grand Jury PP) | | |
| 166 | Bank of America Business Signature Card for Kamora Investments Enterprises D/B/A KI Logistics (Grand Jury QQ) | | |
| 167 | Grand Reserva invoices to K.I. Logistics (Grand Jury RR) | | |
| 168 | K.I. Logistics invoices to Fresh Choice, Inc.(Grand Jury SS) | | |
| 169 | Kamora Investment Enterprises, Inc. Summary of Invoices Purchases/Sales Master List (Grand Jury TT) | | |
| 170 | Kamora Investment Enterprises Bank of America Account – Summary of checks cashed at Su Casa de Cambio (Grand Jury UU) | | |
| 171 | Bank of America Business Signature Card for Pro Source Distribution Inc. (Grand Jury VV) | | |