UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

JOSÉ RUBÉN GIL,

                Defendant.

**NOTICE OF MOTION**

Case No. 15-CR-143

---

S I R S :

    PLEASE TAKE NOTICE that the undersigned will move this Court, at a date and time to be determined by this Court, for the following relief:

    (1)    An order sealing Mr. Gil's motion for modification of sentence of imprisonment; and

    (2)    Such other and further relief as the Court deems proper.

DATED:    April 21, 2020
                Buffalo, New York

Respectfully submitted,

*/s/ Joseph M. LaTona*
JOSEPH M. LaTONA
Attorney for Defendant,
  JOSÉ RUBÉN GIL
Office and Post Office Address
716 Brisbane Building
403 Main Street
Buffalo, New York  14203
(716) 842-0416
sandyw@tomburton.com

TO:    JAMES P. KENNEDY, JR., ESQ.
         United States Attorney for the
         Western District of New York
         138 Delaware Avenue
         Buffalo, New York  14202
         Attn:   MEGHAN A. TOKASH, ESQ.
                   Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2020 I electronically filed the preceding Notice of Motion with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

**Meghan A. Tokash, Esq.**
**Assistant United States Attorney**

**Defense Counsel**

I further hereby certify that I have mailed by United States Postal Service said document to the following non-CM/ECF participants:

*/s/ Sandra Lee Wright*
SANDRA LEE WRIGHT